UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JUSTIN CAREY; JOBETH DEIBEL;
DAVID GASTON; ROGER KINNEY; and
KEITH SANBORN, as individuals, and on
behalf of all others similarly situated,

      Plaintiffs,

      v.

GOVERNOR JAY INSLEE, in his official
capacity as Governor of the State of Washington;
DAVID SCHUMACHER, in his official capacity
as Director of Washington State Office of Financial
Management; and WASHINGTON EDUCATION
ASSOCIATION,

      Defendants.

CASE NUMBER: C18-5208RBL

JUDGMENT IN A CIVIL CASE

____ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT State Defendants' Motion to Dismiss or for Summary Judgment [29] is GRANTED. All claims against State Defendants Governor Jay Inslee and Director David Schumacher are DISMISSED WITH PREJUDICE for failure to state a claim.

August 23, 2018

WILLIAM M. McCOOL
CLERK

_____
Deputy Clerk