# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JUSTIN CAREY, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>JAY INSLEE, et al.,<br><br>              Defendants. | **JUDGMENT**<br><br>CASE NUMBER: C18-5205-RBL |

XX    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant WEA's Motion to Dismiss or for Summary Judgment (Dkt 48) is GRANTED. Plaintiffs' state law claim are DISMISSED without prejudice.

DATED: <u>March 14, 2019</u>.                           <u>s/William M. McCool</u>
                                                                        William M. McCool, Clerk

                                                                        Deputy Clerk